
RECEIVED
CHARLOTTE, N.C.
FEB 26 2008
Clerk, U.S. Dist. Court
W. Dist. of N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:07-cr-00119

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>      Plaintiff, )<br>       )<br>vs. )<br>(5) CHAD MICHAEL SCHNEIDER )<br>      Defendant, )<br>       ) | **AMENDED ORDER** |

**THIS MATTER** is before the Court upon defense counsel's Motion for Travel Expenses, which is a request for the defendant to travel from Chico, California for entry of a guilty Plea pursuant to Rule 11 of the Federal rules of Criminal Procedure.

**NOW THEREFORE, IT IS ORDERED:**

1. The Court finds that the defendant remains an indigent and that transportation from his home in Chico, California to Charlotte, North Carolina for the above stated purposes is in the best interest of justice.

2. The United States marshal is directed to make travel arrangements for the defendant from California to Charlotte, North Carolina for a hearing scheduled for Thursday, February 28, 2008 at 10:00 am and for a return ticket on Thursday, February 28, 2008 from Charlotte back to his home in California. The United States Marshal is directed to contact The Wright law Firm of Charlotte, PLLC, 301 South McDowell Street, Suite 709, Charlotte, North Carolina, (704) 332-2274 to confirm the travel arrangements.

3. Defense Counsel (Mr. Wright) is directed to make contact with Supervisor Deputy United States Marshal Nesbit and to provide any information necessary for the United States Marshal to comply with the terms of this Order.

4. The Clerk is directed to send copies of this Order to counsel for the parties (including Mr. Wright), to Mr. Nesbit and the Honorable Frank D. Whitney.

**SO ORDERED**

Signed: This the 26th day of February, 2008.

_____
United States Magistrate Judge